[Cite as *Cass v. Mercer Cty. Sheriff's Office*, 2025-Ohio-477.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| FREDERICK S. CASS | Case No. 2025-00049PQ |
| Requester | Judge Lisa L. Sadler |
| v. | <u>JUDGMENT ENTRY</u> |
| MERCER COUNTY SHERIFF'S OFFICE | |
| Respondent | |

{¶1} The special master has issued a recommendation to dismiss this public-records case. He recommends dismissal because the case seeks to enforce an overbroad records request.

{¶2} R.C. 2743.75(D)(2) authorizes this court to sua sponte dismiss a complaint that fails to state a claim for relief. *Jones v. Allen Cty. Common Pleas Court*, 2023-Ohio-1863, ¶ 4, adopted, 2023-Ohio-2324 (Ct. of Cl.). A complaint that seeks to enforce an overbroad public records request fails to state a claim. Ryan v. City of Ashtabula, 2023-Ohio-621, ¶¶ 9, 13, adopted, 2023-Ohio-1487 (Ct. of Cl.). The special master found that the complaint at issue here failed to state a claim because it sought to enforce an overbroad records request.

{¶3} Pursuant to R.C. 2743.75(D)(2), "[n]otwithstanding any provision to the contrary in [R.C. 2743.75], upon the recommendation of the special master, the court of claims on its own motion may dismiss the complaint at any time." Upon review, the court finds that the special master's recommendation for dismissal is well taken.

Accordingly, pursuant to R.C. 2743.75(D)(2), upon the special master's recommendation, the court sua sponte dismisses the complaint in this case with prejudice. Court costs are assessed against requester. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
LISA L. SADLER
Judge

**Filed January 24, 2025**
**Sent to S.C. Reporter 2/13/25**